IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| MICHAEL JACKSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CASE NO. 1:09-cv-1153-TMH |
|  | ) | WO |
| HOUSTON COUNTY JAIL, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

---

| MICHAEL JACKSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CASE NO. 1:09-cv-1173-TMH |
|  | ) | WO |
| HOUSTON COUNTY JAIL, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on March 2, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #24) filed on February 18, 2010 is adopted;

3. The plaintiff's claims against the Houston County Jail are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. 1915A(b)(1).

4. These cases, with respect to the plaintiff's claims against the remaining defendants regarding the conditions of confinement at the Houston County Jail, are referred back to the Magistrate Judge for appropriate proceedings..

DONE this the 12th day of March, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE