IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

MICHAEL JACKSON,                    )
                                    )
        Plaintiff,                  )
                                    )   CASE NO.  1:09-cv-1153-TMH
v.                                  )              WO
                                    )
HOUSTON COUNTY JAIL, *et al.*,      )
                                    )
        Defendants.                 )
-----------------------------------------------------

MICHAEL JACKSON,                    )
                                    )
        Plaintiff,                  )
                                    )   CASE NO.  1:09-cv-1173-TMH
v.                                  )              WO
                                    )
HOUSTON COUNTY JAIL, *et al.*,      )
                                    )
        Defendants.                 )

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate

Judge filed on March 2, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #24) filed on February 18,

2010 is adopted;

3.  The plaintiff's claims against the Houston County Jail are DISMISSED with

prejudice in accordance with the directives of  28 U.S.C. 1915A(b)(1).

4. These cases, with respect to the plaintiff's claims against the remaining defendants regarding the conditions of confinement at the Houston County Jail, are referred back to the Magistrate Judge for appropriate proceedings..

DONE this the 12th  day of March, 2010.

/s/ Truman M. Hobbs

_____

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE