IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  1:09-cv-1153-TMH |
| | ) | CASE NO.  1:09-cv-1173-TMH |
| ANDY HUGHES, *et al.,* | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #43) to the Recommendation of the Magistrate Judge filed on March 31, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #42) entered on March 23, 2010 is adopted;

3.  The motions for preliminary injunction filed by the plaintiff are DENIED.

4.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 6th day of April, 2010.

/s/ Truman H. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE
