IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL JACKSON, #271414, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:09cv1153-TMH |
| ) | CIVIL ACTION NO. 1:09cv1173-TMH |
| ) | |
| ANDY HUGHES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On November 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 50). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. To the extent the defendants seek dismissal on exhaustion grounds of all claims except the claim of interference with legal mail, the defendants' motion for summary judgment is GRANTED due to the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Houston County Jail.

2. With respect to the claim alleging improper interference with legal mail, the defendants' motion for summary judgment is GRANTED.

3. These cases are DISMISSED with prejudice.

Done this the 7th day of December, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE